ODELL, ADMINISTRATOR, PLAINTIFF IN ERROR, v. THE NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Thomas J. Kennedy.*

For the defendants in error, *James B. Vredenburgh.*

PER CURIAM.

The judgment below in this case should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, COLE, MCGREGOR, PATERSON, WHITAKER.    12.

*For reversal*—None.